AO 106 (Rev. 04/10) Application for a Search Warrant



# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  18-2026-M-1
Federal Express package addressed to, "James Dad )
Smith, 5638 Hazel Ave, Philadelphia, PA 19143," and )
displaying tracking number "784411496166" )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Federal Express package addressed to, "James Dad Smith, 5638 Hazel Ave, Philadelphia, PA 19143," and displaying tracking number "784411496166," more particularly described in Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substances or evidence of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

*Code Section*                  *Offense Description*
21 U.S.C. § 841(a)(1)           Distribution of controlled substances

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kevin F. Coleman, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/18/2018

_____
*Judge's signature*

City and state: Philadelphia, PA

HON. JACOB P. HART, U.S. MAGISTRATE JUDGE
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-2026-M-2
One Federal Express and one Express Mail Package )
addressed to 1500 Locust Street, Apartment 4301. )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
One Federal Express and one Express Mail Package addressed to 1500 Locust Street, Apartment 4301, more particularly described in Attachment A

located in the **Eastern** District of **Pennsylvania**, there is now concealed *(identify the person or describe the property to be seized):*
Controlled substances or evidence of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of controlled substances |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kevin F. Coleman, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/18/2018

*Judge's signature*

City and state: Philadelphia, PA       HON. JACOB P. HART, U.S. MAGISTRATE JUDGE
*Printed name and title*

## ATTACHMENT A

### Hazel Package, Philadelphia, Pennsylvania

Federal Express package addressed to, "James Dad Smith, 5638 Hazel Ave, Philadelphia, PA 19143," and displaying tracking number "784411496166," currently in the custody of the Federal Bureau of Investigation in Philadelphia. A photograph of its label appears below:'



## ATTACHMENT A

### Locust Packages, Philadelphia, Pennsylvania

Two packages addressed to 1500 Locust Street, Apartment 4301, currently located at 1500 Locust Street Philadelphia, PA. One of them, a U.S. Postal Service Priority Mail package, showed a Los Angeles return address; purported to have been shipped by a "James Rockwell;" and purported to have been sent from Apartment 5043, 770 S. Grand Ave, Los Angeles. A photograph of this package label; appears below:



The other Locust Package, sent by Federal Express, is addressed to "Shley Smith" at 1500 Locust Street, Apt 4301, Philadelphia, PA. It purports to be from "Curtis Banks" and bears a return

7

address of Apartment 320, 1 Cotton Street, Philadelphia and a tracking number of 7844-1146-5719. A photograph of its label is attached:



## AFFIDAVIT

I, Kevin F. Coleman, Special Agent, Federal Bureau of Investigation ("FBI"), Philadelphia, Pennsylvania, being duly sworn, states:

### I. BACKGROUND AND OVERVIEW

1. I have been employed as a Special Agent with the Federal Bureau of Investigation ("FBI") since March 2009. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516, and am thus also a "federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C).

2. I am currently assigned to the Philadelphia FBI Violent Drug Gang Task Force ("VDGTF"), which investigates, among other violations of federal law, criminal organizations including those involved in the importation, distribution, and manufacturing of controlled substances, weapons violations, and any and all tangential violence associated with the drug trade. I have specialized training and experience in narcotics distribution investigations, including, but not limited to, the means and methods used by traffickers to purchase, transport, store, and distribute narcotics and hide profits generated from those transactions. Prior to being employed as a Special Agent, I served as a Uniformed Officer of the United States Secret Service for two years.

3. I have participated in numerous narcotics investigations, debriefed or participated in debriefings of numerous of defendants, informants, and witnesses who had personal knowledge regarding major drug trafficking organizations, and have participated in all aspects of drug investigations. I have been trained in various aspects of law enforcement, including the

investigation of narcotics offenses. Based on my training and experience, along with discussions with other agents about their experience, I have become familiar with the mechanics of the parcel delivery services and have developed a good understanding of the appeal these services have for those who choose them for the illegal transportation of controlled substances. Parcel delivery services offer rapid and dependable service for most metropolitan areas. Parcels are guaranteed for delivery in the number of specified days, with a refund if the parcel does not meet the service standards. To the smuggler, the refund is a minor consideration, but parcels delayed beyond the normal delivery time serve to alert the recipient that the authorities may have discovered the controlled substances. Additionally, parcel delivery services use assigned label numbers, which make it easy for the parcels to be tracked. The sender is given a time of shipment, plus the weight of the parcel.

4. The information contained in this affidavit is based upon my personal knowledge and observations, the observations and personal knowledge of other law enforcement officers and information provided to law enforcement officers. Because this affidavit is submitted for the limited purpose of establishing probable cause, this affidavit does not set forth each and every fact learned by me or other agents in the course of this investigation. Where conversations are related herein, they are related in substance and in part only.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that fruits, instrumentalities, and evidence of violations of 21 U.S.C. § 846 (prohibiting conspiracy to distribute controlled substances), and 21 U.S.C. § 841(a)(1) (prohibiting the distribution of controlled substances) will be found in a Federal Express ("FedEx") package addressed to, "James Dad Smith, 5638 Hazel Ave, Philadelphia, PA 19143," and displaying tracking number "784411496166" on its label (hereinafter the "Hazel Package") and one Federal Express and one

Express Mail Package addressed to 1500 Locust Street, Apartment 4301 (the Locust Packages"). I therefore respectfully request that the Court issue the attached search warrant authorizing the search of the Hazel Package and the Locust Packages, for controlled substances or evidence of controlled substances.

6. I have participated in the investigation of a drug-trafficking organization ("DTO") operated by Curshawn BANKS and other persons since approximately January 2018. The members of the organization receive methamphetamine which is typically shipped via parcels sent through United States Postal Service ("USPS") and Federal Express ("FedEx"), and which is then distributed in the Philadelphia, Pennsylvania and southern New Jersey area. Also participating in this investigation (the "Philadelphia Investigation") are the United States Postal Service Office of Inspector General ("USPSOIG"), the Drug Enforcement Administration ("DEA"), and the Philadelphia Police Department ("PPD").

7. The Philadelphia Investigation has established that the BANKS DTO obtains its methamphetamine from one primary supplier in Los Angeles, Edward AKWABOAH, a/k/a "Teddy." Generally AKWABOAH ships the packages of methamphetamine to addresses provided to him by BANKS or one of BANKS' associates, Isiah ULMER. Some of these addresses are directly associated with BANKS, ULMER or with BANKS' high-level associates Hakim WILLIAMS and/or Arthur ROWLAND, while others are drop locations associated with other persons who appear to be working for the DTO. Sometimes the packages of drugs are retrieved and turned over to BANKS and ULMER for further distribution whereas on other occasions they appear to be retrieved and distributed without passing directly through BANKS or ULMER's hands.

8. Although AKWABOAH is generally responsible for shipping his product to BANKS and ULMER, on occasion BANKS and/or ULMER will travel to Los Angeles where they will purchase narcotics from AKWABOAH and handle the shipping themselves. When in Los Angeles, BANKS and ULMER will ship their packages of drugs to their associates in the Philadelphia and southern New Jersey area who retrieve and further distribute them.

9. Over the approximately 11 months that I have been involved in this investigation, BANKS has made several trips to Los Angeles while ULMER has made at least one trip. BANKS' trips have lasted on average at least several weeks. Over the last several weeks BANKS has been staying in Los Angeles and has been shipping packages of narcotics to the Philadelphia and southern New Jersey area.

10. On December 12, 2018, a federal grand jury returned an indictment charging ROWLAND, BANKS, ULMER and WILLIAMS with conspiracy to distribute 500 grams or more of methamphetamine, in violation of Title 21 U.S.C., Section 846. Arrest warrants for each of the defendants were issued upon return of the indictment.

11. BANKS flew from Los Angeles on the evening of December 13, 2018, arriving in Newark International Airport on the morning of December 14, 2018. He was arrested by federal agents pursuant to the arrest warrant shortly after he landed in Newark.

12. After his arrest, agents advised BANKS of his *Miranda* rights. BANKS waived his rights and agreed to speak with agents. During the interview, BANKS told agents that he had shipped a total of 11 pounds of methamphetamine, using both FedEx and the U.S. Postal Service, and that he had sent these packages on December 13, 2018, just prior to his departure from Los

4

Angeles for Newark. BANKS also told agents that he had sent packages to: (i) 5638 Hazel Avenue, Philadelphia, PA; (ii) 4822 Springfield, Pennsauken, NJ; and (iii) 1500 Locust Street, Philadelphia, PA.

13. I know from my investigation that BANKS frequently uses aliases or fictitious names for the shipper and recipient of his drug packages, and often uses a false return address.

14. Federal Express was able to locate a package that had been dropped off in Los Angeles on December 13, 2018 with a delivery address of 5638 Hazel Avenue, Philadelphia, PA. That package had been addressed to "James Dad Smith," and was assigned tracking number "784411496166." That package has been turned over to the FBI by FedEx, and is being kept in the Eastern District of Pennsylvania.

15. According to Philadelphia property records, the delivery address, 5638 Hazel Avenue, is owned by Lucille Wood. A commercial database search for that address establishes that there is no known current or past resident at that address named "James Dad Smith," or any obvious variant of that name. Likewise, the purported shipper does not reflect the true sender, Curshawn Banks, or his actual address. Instead, it lists "Curtis Banks" as the shipper, and the return address as the former address of BANKS' girlfriend, Mylia Ferrell, at Apartment 320, 1 Cotton Street, Philadelphia.

16. On December 17, 2018, the management of BANKS' residence at 1500 Locust Street contacted the FBI to report that two packages had arrived addressed to BANKS' residence, 1500 Locust Street, Apt 4301, Philadelphia, Pennsylvania (the "Locust Packages"). Both purported to be addressed to persons in BANKS' apartment named "Smith." The two Locust Packages are in the custody of building management at the apartment complex at 1500 Locust Street, Philadelphia, PA

-

17. One of the Locust Packages, a U.S. Postal Service Priority Mail package, showed a Los Angeles return address. It purported to have been shipped by a "James Rockwell." Rockwell is the false last name that BANKS used to rent an apartment in Los Angeles. That same package purported to have been sent from Apartment 5043, 770 S. Grand Ave, Los Angeles. This is the same building, although a different apartment number, from the Los Angeles apartment that BANKS rented in the "Rockwell" name.

18. The other Locust Package, sent by FedEx, is addressed to "Shley Smith" at BANKS' Philadelphia residence: 1500 Locust Street, Apt 4301. Although it purports to be from the same shipper with the same Philadelphia return address as the Hazel Package, it was in fact sent from a FedEx location in Los Angeles on December 13, 2018.

19. The Locust Packages are consistent with BANKS' admission that he had sent drug packages from Los Angeles to three addresses including 1500 Locust Street shortly before boarding his plane to Newark. It is also consistent with BANKS' practice of using false shipper and recipient names and false return addresses.

20. Based on the above information which I believe to be true and correct, I believe that the Hazel Package and the Locust Packages contain controlled substances sent from Los Angeles, California, to Philadelphia via Priority Mail and Federal Express delivery services, and that the those delivery services were used facilitate the delivery of the controlled substances.

6

Case 2:18-mj-02026 Document 1 Filed 12/19/18 Page 12 of 12

21. Accordingly, I respectfully request that the Court to find probable cause and issue a search warrant authorizing the opening and search of the Hazel Package and the two Locust Packages which are believed to contain controlled substances in violation of Title 21, United States Code, Section 841(a)(1).

Kevin Coleman
Special Agent
Federal Bureau of Investigation

HONORABLE JACOB P. HART
UNITED STATES MAGISTRATE JUDGE